IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

Carlton R. Carter
State of Nebraska

8:21CV227

                Plaintiff

        vs.

— Jury Trial
Requested —

Tomlinson Restaurant Group, LLC
d/b/a Hog Wild Pit-Bar-B-Q
Brian Hessletine
Katie Schwartz
Roger Mitchell
Nick Holmes    (Nicholas)
Nicole Chiznik (Chizek)
Cameron Baratta
Preston Clapp    Defendants
Grant

8:21CV227

2021 JUN 16 AM 10:40
FILED
U.S. DISTRICT COURT
DISTRICT OF NEBRASKA
OFFICE OF THE CLERK

RECEIVED

JUN 16 2021

CLERK
U.S. DISTRICT COURT

## FACTS OF THE CASE

I Carlton R. Carter am the
plaintiff herein attesting under penalty
of perjury these facts to be

α.)

true & accurate

During the time frame I worked for & w/herein named Def.'s (w/ others as well as witnesses to be called at a later date or apart of a future amended complaint I was subject to a particular incident which is one of many from not only these Def's but others also apart of the Company// Group. This cause of action specifically is due to plaintiff having 100% of evidence to plead & prove it w/ as well substaniating it as a common subjection to myself due to its culture being encouraged by Def's Hesseltine Schwartz & the Group

A.) The time frame is mid/latter part 2019 culminating into my termination 4/20 subsequent the following incident

1.) Def.'s Cameron Baratta & Preston (I believe his last name is Clapp) admitted outright to coming onto Def. Schwartz property & vandalising my car as well they implicated Def. Holmes

OVER→

& Nicole Chizek

2.) There had been issues at the store location w/ defendants I worked

4.)

with; for and also supervised. The issues would be for example: Defendant Nicholas Holmes would be in charge of the store location on Sunday a relatively slow & easy going not very good day for sales which is fine in & of itself but Def Holmes would compound the dim day in sales by performing of substancial amount of NON-LABOR that would require management (myself) at next open having to fulfill closing procedures before I could even open the store up. Defendant Holmes as a rehire into management performed this way consistently & constantly and held to no standard of accountability whatsoever by Defendant Katie Schwarte nor Defendant Brian Hessletine to whom I had shared w/ them in an inquiring manner as to why would they rehire someone into management who I

in questioning his poor work ethic & habits would answer me " it isn't that he doesn't know how to perform, Carter he just chooses not to " to which I stated to Def. Schwartz & Hesseltine <u>THEN</u> <u>WHY</u> <u>IS</u> <u>HE</u> <u>WORKIN</u>G <u>HERE</u>?!

3.) Not days after the above exchange between myself & Def's Schwartz & Hesseltine & in conjunction w/ an intentional sabatoge of an early a.m. vend/cater of mine by Def. Nicole Chizek who pretended to be unaware of the mishap until I showed record of exchanges between myself & Def. Chizek to Def. Schwartz nullifying Def. Chizeks feigned ignorance No action was taken against Def. Chizek but the action taken against myself was a coordination amongst them to travel to Def Schwartz home

enter her property & damage my personal property w/ vandalism forcing me to have to file an insurance claim.

4.) - Instances similar to these continued to be of same agenda upon my transfer to another location by Defendants Grant (saddlecreek location) Hesseltine Schwartz & Defendant Roger Mitchell [Who is—t an employee of the Group as far as I know but Defendant is the common law significant other of Def. Schwartz.]

{ - Instances.... agenda & I have them documented revealing the continued pattern of efforts for my employment demise which did occur April 2020 }

In closing Plaintiff again attest under Penalty of Perjury all herein to be true & correct & W/ records in substantiation to the <u>FACTS OF THE CASE</u>

and request of the Court the
earliest Jury Trial date available.
Many more instances acts like these
I had been subject to by other
employees not herein listed. I listed
the incident of vandalism because there
is no facet of that Claim that I
couldn't submit to the Court right
now! The same I also herein assert
as to all Defendants herein named
particularly the instance I provided in
foot note or reference to individually
def Holmes & Chizek as what I
had ongoingly been subject to by GM's
& other heads who allowed a
while working culture
to exist that I have constitutional
safeguards from & in the presence of
a jury is where I'd like to request
their application in consequences
for these Def's violation & disregard

of those constitutional safeguards.

X _Carlton R Carter_

Carter, Carlton

June        2021

FAITH HANSON
General Notary - State of Nebraska
My Commission Expires Nov 15, 2023

Faith Hanson

6-14-2021

Carlton R. Carter
3715 NW 50 th st
Lincoln Nebraska
                68524

June 14, 2021

Clerk of the Court:

RECEIVED

JUN 16 2021

CLERK
U.S. DISTRICT COURT

Please find enclosed a complaint
I wish to have filed in Court that
is protective of my constitutional
safeguards. I am requesting a
jury trial!

Also find w/ my complaint (Cause of
action) a Motion for Appointment of
Counsel and a form to be
allowed to proceed as a poor person

Thanking you In Advance

Carlton Carter
Carlton R. Carter

Clayton L. Carter
5715 NW 50th St
Lincoln Nebraska
68524

CERTIFIED MAIL

7020 0640 0002 0140 7041

U.S. POSTAGE PAID
LINCOLN, NE
JUN 14, 21
AMOUNT
$7.85
R2304Y123191-04

Roman L. Hruska Federal Courthouse
C/o Clerk of the Court
111 South 18th Plaza Ste 1152
Omaha Nebraska 68102

**RECEIVED**

JUN 16 2021

CLERK
U.S. DISTRICT COURT